FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONICA MARIE S.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 1:21-CV-03105-LRS <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 16. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, pursuant to the stipulation, **IT IS HEREBY ORDERED**:

1. Defendant's Stipulated Motion for Remand, **ECF No. 16** is **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

3. On remand, the Administrative Law Judge shall: (1) conduct a new hearing; (2) further develop the record and issue a new decision; (3) reevaluate the claimant's symptoms, consistent with 20 C.F.R. §§ 404.1529, 416.929, and Social Security Regulation (SSR) 16-3p; (4) reevaluate the medical opinions of record, consistent with 20 C.F.R. §§ 404.1527, 416.927, and the prior District Court remand order; (5) reassess the claimant's residual functional capacity, consistent with 20 C.F.R. §§ 404.1545, 416.945, SSR 85-15 and SSR 96-8p; and (6) proceed with the sequential evaluation as necessary.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Motion for Summary Judgment, **ECF No. 12**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** March 31, 2022.

LONNY R. SUKO
Senior United States District Judge